**Mario AMERSON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 83017.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 27, 2004.

Maleaner Harvey, Asst. Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Leslie E. McNamara, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J. and ROBERT G. DOWD, JR. and MARY R. RUSSELL, JJ.

### ORDER

PER CURIAM.

Mario Amerson appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. He contends his plea counsel's false guarantee of a particular sentence rendered his guilty plea unknowing and involuntary.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule